```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

<u>Louis Talley</u>

    v.                                      Case No. 17-cv-85-SM

<u>Officer J. Starkey</u>

## O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 17, 2017, for the reasons set forth therein. Mr. Talley's complaint is hereby dismissed in its entirety. The Clerk of Court shall enter judgment in accordance with this order and close the case.

    SO ORDERED.

                                              Steven J. McAuliffe
                                              United States District Judge

Date: September 5, 2017

cc:   Louis Talley, pro se